# United States District Court
# Eastern District of Michigan

*Summons in a Civil Action and Return of Service Form*

**05-40166**

Case Number and Judge Assignment (to be supplied by the Court)

| Plaintiff name(s): | | Defendant name(s): |
|---|---|---|
| Detroit Millmen's Fringe Benefit Funds, et al | **vs.** | NORTHWEST INDUSTRIES, INC., MARK J. TITHOF and RICK HRDLICKA |

| Plaintiff=s attorney, address and telephone: | Name and address of defendant being served: |
|---|---|
| Jeffrey M. Lesser (P33298) | Northwest Industries, Inc. |
| 39040 W. Seven Mile Rd., Livonia, Michigan 48152 | 1080 Welch Road |
| (734) 464-3603 | Commerce Township, Michigan 48390 |

FILED 2005 JUN 21 P 1:

## To the defendant:

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within ___20___ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver
Clerk of the Court

By: _____
Deputy Clerk

MAY 2 0 2005

_____ Date

*INT-0131-MIE-REV. 12/93 06/99*

# RETURN OF SERVICE

**ORIGINAL**

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

30

Name of Defendant served: Northwest Industries INc. Accepted by Mark J Tithoff

Date of service: 6/8/2005 10:00 a.m.

**Method of Service**

[x] Personally served at this address: 1080 Welch Rd Commerce Twp

[ ] Left copies at the defendant=s usual place of abode with (name of person):

[ ] At this address

[ ] Other (please specify):

Service fees:   Travel $_____   Service $_____   Total $ 0.00

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

6/8/2005
Date

Signature of server
Joseph F Dargis, Process Server

Server=s printed name
2177 Tyler Berkley MI 48072

Server=s address